09-3749-pr
Storms v. Harriman

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of August, two thousand ten.

PRESENT:
>             ROBERT A. KATZMANN,
>             PETER W. HALL,
>                         *Circuit Judges*,
>             JOHN GLEESON,[*]
>                         *District Judge*.

_____

Nathaniel Storms,

>             *Plaintiff-Appellant*,


            v.                                                          09-3749-pr


Paul Harriman, R.N., T. Brousseau, Inmate
Grievance Supervisor, Ms. Ratliff, Inmate
Grievance Supervisor,

>             *Defendants-Appellees.*

_____

---

[*] John Gleeson, of the United States District Court for the Eastern District of New York, sitting by designation.

FOR APPELLANT:               Nathaniel Storms, *pro se*, Romulus, N.Y.

FOR APPELLEES:               Andrew M. Cuomo, Attorney General of the State of New York,
                             Barbara D. Underwood, Solicitor General, Nancy A. Spiegel,
                             Senior Assistant Solicitor General, Owen Demuth, Assistant
                             Solicitor General of Counsel, Albany, N.Y.


Appeal from a judgment of the United States District Court for the Northern District of New York (Hurd, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the district court's judgment be **AFFIRMED.**

Nathaniel Storms, *pro se*, appeals from the district court's judgment adopting the magistrate judge's report and recommendations and granting Appellees' motion for summary judgment. We assume the parties' familiarity with the facts and procedural history.

This Court reviews orders granting summary judgment *de novo* and focuses on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). The burden of showing that no genuine factual dispute exists rests on the movant. *See Nationwide Life Ins. Co. v. Bankers Leasing Ass'n.*, 182 F.3d 157, 160 (2d Cir. 1999) (citing *Cronin v. Aetna Life Ins. Co.*, 46 F.3d 196, 202 (2d Cir. 1995)). "A dispute regarding a material fact is genuine 'if the evidence is such that a reasonable jury could return a verdict for the nonmoving party.'" *Stuart v. Am. Cyanamid Co.*, 158 F.3d 622, 626 (2d Cir. 1998) (quoting *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986)).

"To defeat summary judgment . . . nonmoving parties 'must do more than simply show that there is some metaphysical doubt as to the material facts, . . .' and they 'may not rely on conclusory allegations or unsubstantiated speculation.'" *Jeffreys v. City of New York*, 426 F.3d 549, 554 (2d Cir. 2005) (quoting *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986) and *Fujitsu Ltd. v. Fed. Express Corp.*, 247 F.3d 423, 428 (2d Cir. 2001)).

Having conducted an independent *de novo* review of the record in light of these principles, we affirm the district court's judgment for substantially the same reasons stated by the magistrate judge in his thorough and well-reasoned report and recommendation. We have considered all of Appellant's arguments on appeal and find them to be without merit. For the reasons stated above, the district court's judgment is AFFIRMED.


FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk